# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MICHAEL L. CAMERON,

        Defendant.

**ORDER**

18-CR-6058-CJS-JWF

Presently before the Court is the <u>pro se</u> defendant's motion for standby counsel and request for a status conference to discuss the same. Docket # 52. At oral argument on August 23, 2018, the Court explained the role of standby counsel. The defendant indicated his understanding of that role and requested the appointment of standby counsel. Accordingly, the defendant's motion for standby counsel is **granted**. Bryan S. Oathout, Esq., 30 West Broad Street, Suite 400, Rochester, NY 14614 is hereby appointed the defendant's standby counsel. <u>See</u> <u>United States v. Dettelis</u>, No. 03CR62A, 2005 WL 8157495, at *2 (W.D.N.Y. June 30, 2005) ("[T]he role of the standby counsel is to assist the Court and to assist the pro se defendant in navigating the shoals of federal practice and practice before this Court. Ultimate decisions in the case remain defendant's.")

SO ORDERED.

JONATHAN W. FELDMAN
United States Magistrate Judge

Dated:     August 27, 2018
            Rochester, New York